UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                    Case Nos.    3:10cr6/MCR/CJK
                                                   3:11cv426/MCR/CJK

RONALD L. PHARES

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 28, 2014.  (Doc.344).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The motion to vacate, set aside, or correct sentence (doc. 314) is **DENIED**.
2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 8th day of September, 2014.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**