# UNITED STATES DISTRICT COURT
## Northern District of Florida

UNITED STATES OF AMERICA

v.                                                                      Case No.: 3:10cr6-003/MCR
                                                                        USM No.: 07359-017

RONALD L. PHARES

Date of Original Judgment:    September 3, 2010

Date of Previous Amended Judgment:    N/A
*(Use Date of Last Amended Judgment if Any)*

## Order on Motion for Sentence Reduction

The Defendant has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

Having considered such motion, and taking into account Amendment 782, USSG §1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the Court orders that the motion is **GRANTED** and the Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **200** months is **reduced** to **168** months.

*(Complete Part I or II Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date:   June 9, 2015                           s/ *M. Casey Rodgers*
                                                     *Signature of Judge*

                                                     M. Casey Rodgers
Effective Date:   November 1, 2015                   Chief United States District Judge
        *(if different from order date)*            Printed Name and Title of Judge